UNITED STATES of America, Plaintiff in Error, v. ONE THOUSAND CASES, more or less, of SALMON: Surkin & Portnoy and John H. Leslie & Co., Claimants, Defendants in Error. (Circuit Court of Appeals, Seventh Circuit. January 22 1924.) No. 3317. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Mary D. Bailey, of Batavia, Ill., for plaintiff in error. Christopher King, of Chicago, Ill., for defendants in error. Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. This writ of error was prosecuted to review a judgment dismissing, for want of evidence, an action brought by the government, pursuant to section 10, Act of June 30, 1906 (federal Food and Drugs Act [U. S. Comp. St. § 8726]), to condemn and forfeit one thousand cases of "Hall's Holsum Brand" canned salmon. We have examined the evidence, and agree with counsel for plaintiff in error that the case should have been submitted to the jury. Applebaum v. United States of America (C. C. A.) 274 Fed. 43; Andersen v. United States (C. C. A.) 284 Fed. 542. The judgment is reversed, with direction to grant a new trial.

---

UNITED STATES PRODUCTS CO., Appellant, v. BECKLEY–RALSTON CO., Appellee. (Circuit Court of Appeals, Third Circuit. February 8, 1924.) No. 3062. Appeal from the District Court of the United States for the Western District of Pennsylvania; Robert M. Gibson, Judge. Charles M. Clarke, of Pittsburgh, Pa., for appellant. Fred Gerlach, of Chicago, Ill., for appellee. Before WOOLLEY and DAVIS, Circuit Judges, and CHARLES F. LYNCH, District Judge.

PER CURIAM. This suit for infringement of claim 1 of letters patent No. 1,361,719, for a bearing fitting compound, involves only questions of fact. We are in full accord with the first three findings of fact made by the trial court. Any one of these is alone sufficient to sustain the decree dismissing the bill. Therefore the decree below is affirmed.

---

Paul B. WALKER, Plaintiff in Error, v. S. W. BARKER. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6279. In Error to the District Court of the United States for the District of Nebraska. George W. France, of York, Neb., for plaintiff in error. F. D. Mills, H. C. Beebe, and M. A. Mills, Jr., all of Osceola, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, under rule 17.

---

William K. WALKER, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 18, 1923.) No. 6340. In Error to the District Court of the United States for the Eastern District of Arkansas. Fred A. Isgrig, of Little Rock, Ark., for plaintiff in error. Charles F. Cole, U. S. Atty., of Batesville, Ark.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.